State *ex rel.* Walter J. Harvey, Petitioner, v. John L. Branch, as Tax Collector, Respondent.

Original Proceeding.

Petition for an alternative writ of mandamus denied by the Court.

Macfarlane & Chancey and James F. Glen, for Petitioner.

---

State *ex rel.* A. B. Sullivan, Petitioner, v. John L. Branch, Tax Collector, Respondent.

Original Proceeding.

Petition for an alternative writ of mandamus denied by the Court.